**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **DORIS COLLINS, on behalf of** § <br> **M.L.S., a minor child**[1] | | |
| **VS.** § | | **CIVIL ACTION NO. 5:06cv85** |
| **COMMISSIONER OF SOCIAL** <br> **SECURITY ADMINISTRATION** § | | |

**MEMORANDUM ORDER**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. Specifically, Plaintiff asserts the opinion of Roger D. House, M.D. should have been given controlling weight. Even though Dr. House opined that the claimant was "doing well with medication" as noted by the Magistrate Judge (Report at pg. 5), Plaintiff asserts the doctor was also of the opinion that the claimant had marked inattention, impulsiveness, and hyperactivity. Plaintiff further asserts Dr. House opined the claimant suffered suicidal thoughts with difficulty concentrating and the presence of hallucinations. Plaintiff asserts the testimony of the claimant's grandmother corroborates Dr. House's opinions.

---

[1] According to this Court's Local Rule CV-10(e), only the initials of the minor child are used here.

After reviewing the transcript, the briefs of the parties, and the Report and Recommendation, the Court finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 15th day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE